# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Malibu Media, LLC

        Plaintiff,

v.               Case No.: 1:18−cv−02545
                Honorable Robert W. Gettleman

John Doe, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 13, 2019:

   MINUTE entry before the Honorable Robert W. Gettleman: Status and motion hearing held on 3/13/2019. Plaintiff's motion to file a brief in excess of page limit [25] is granted. For the reasons stated on the record, Plaintiff's motion for entry of default judgment [27] is granted. Enter Order. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.